# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICHARD H. YOUNG, JR.                               Case Number: 07-70260
257 ELIZABETH STREET
PAW PAW, IL  61353                SSN-xxx-xx-9833

Case filed on:          2/7/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $706.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 2,500.00 | 2,500.00 | 660.82 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 660.82 | 0.00 |
| | | | | | |
| 003 | LAW OFFICES OF IRA T. NEVEL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | RICHARD H. YOUNG, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | AMC MORTGAGE SERVICES INC | 67,613.89 | 0.00 | 0.00 | 0.00 |
| 002 | AMC MORTGAGE SERVICES INC | 12,117.07 | 12,117.07 | 0.00 | 0.00 |
| 004 | LEE COUNTY CLERK & RECORDER | 3,380.00 | 3,380.00 | 0.00 | 0.00 |
| 005 | LEE COUNTY CLERK & RECORDER | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| 006 | MARC ATHERTON | 2,415.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 88,325.96 | 18,297.07 | 0.00 | 0.00 |
| | | | | | |
| 007 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 90,825.96 | 20,797.07 | 660.82 | 0.00 |

Total Paid Claimant:          $660.82
Trustee Allowance:            $45.18          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007          By  /s/Heather M. Fagan